# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | |
|---|---|
| SAMUKA DONZO, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:17-CV-526-FL |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Defendant's Motion for Remand to the Commissioner.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on August 1, 2018, that Defendant's Motion for Remand to the Commissioner is granted, and the Court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to Defendant for further proceedings.

**This Judgment Filed and Entered on August 1, 2018, and Copies To:**

Jonathan Blair Biser (via CM/ECF Notice of Electronic Filing)
Kathleen C. Buckner (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| August 1, 2018 | PETER A. MOORE, JR., CLERK |
| | /s/ Sandra K. Collins |
| | (By) Sandra K. Collins, Deputy Clerk |