IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-00526-FL

| SAMUKA DONZO, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
|  | ) | ORDER |
| ANDREW SAUL, | ) |  |
| Commissioner of | ) |  |
| Social Security | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

Upon consideration of Plaintiff's motion for attorney's fees pursuant to 42 U.S.C. § 406(b), Defendant's response lacking an objection thereto, it is hereby

ORDERED that Plaintiff's counsel is awarded an attorney's fee pursuant to 42 U.S.C. § 406(b), in the amount of $12,480.00 (25 percent of the past-due benefits) paid from past due benefits. Further, Plaintiff's counsel did not receive an EAJA fee award.

This the 23rd day of April, 2020.

LOUISE W. FLANGAN
UNITED STATES DISTRICT JUDGE